IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| LOIS BUSINESS DEVELOPMENT CORPORATION,[1] | ) Case No. 22-90267 (MI) |
| Reorganized Debtor. | ) (Formerly Jointly Administered Under Lead Case Cineworld Group plc, Case No. 22-90168) |
|  | ) Re: Docket Nos. 69, 92, 95 |

**JOINT STIPULATION AND AGREED ORDER RESETTING HEARING ON MOTION BY JON JESTUS FOR RELIEF FROM STAY TO LIQUIDATE CLAIM FOR INSURANCE PURPOSES, OR IN THE ALTERNATIVE, MOTION TO OBTAIN AUTHORITY TO PROCEED IN STATE COURT**

The above-captioned reorganized debtor (the "Reorganized Debtor," and prior to the Effective Date,[2] the "Debtor")[3] and Jon Jestus (the "Movant," and together with the Reorganized Debtor, the "Parties") hereby enter into this joint stipulation and agreed order (this "Stipulation and Agreed Order") as follows:

---

[1] The location of Reorganized Debtor Lois Business Development Corporation's principal place of business and the Reorganized Debtor's service address in this chapter 11 case is: 101 E. Blount Avenue, Knoxville, TN 37920-1605.

[2] Capitalized terms used but not defined herein have the meanings given to them in the *Debtors' Third Amended Joint Chapter 11 Plan of Reorganization of Cineworld Group plc and Its Debtor Subsidiaries* [Docket No. 1943] (as amended, supplemented, or otherwise modified from time to time, the "Plan").

[3] A detailed description of the Debtors (as defined in the Plan) and their businesses, and the facts and circumstances supporting the Debtors' chapter 11 cases, are set forth in greater detail in (a) the *Declaration of Israel Greidinger, Deputy Chief Executive Officer of Cineworld Group plc, in Support of the Debtors' Chapter 11 Petitions* [Docket No. 19] (the "Greidinger First Day Declaration"), and (b) the *Declaration of James A. Mesterharm, Chief Restructuring Officer of Cineworld Group plc, in Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 80] (the "Mesterharm First Day Declaration," and together with the Greidinger First Day Declaration, the "First Day Declarations"), filed contemporaneously with the Debtors' voluntary petitions for relief filed under chapter 11 of title 11 of the United States Code, on September 7, 2022. Unless otherwise indicated, docket references in this Stipulation and Agreed Order refer to the docket of *In re Cineworld Group plc*, et al., Case No. 22-90168 (Jointly Administered) (Bankr. S.D. Tex.) (MI). The docket of *In re Louis Business Development Corporation*, Case No. 22-90267 (Bankr. S.D. Tex.) (MI) shall be referred to herein as the "Remaining Docket."

**RECITALS**

    A.    On September 7, 2022 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

    B.    On June 28, 2023, the Court entered its *Order Approving the Debtors' Disclosure Statement and Confirming the Third Amended Joint Chapter 11 Plan of Reorganization of Cineworld Group plc and Its Debtor Subsidiaries* [Docket No. 1982] (the "Confirmation Order") confirming the Plan.

    C.    The Effective Date of the Plan occurred on July 31, 2023 [Docket No. 2067].

    D.    On October 17, 2023, Movant, through his counsel, filed the *Motion by Jon Jestus for Relief from Stay to Liquidate Claim for Insurance Purposes, or in the Alternative, Motion to Obtain Authority to Proceed in State Court* [Remaining Docket No. 69] (the "Motion").

    E.    A hearing on the Motion was originally scheduled for November 9, 2023, at 9:00 a.m. (prevailing Central Time) (the "Hearing"), as set forth in the notice block on the Motion.

    F.    The Parties have agreed to reset the Hearing with the permission of the Court.

**NOW, THEREFORE**, in consideration of the foregoing recitals, which are incorporated into this Stipulation and Agreed Order, the Parties hereby stipulate and agree as follows:

    1.    The hearing on the Motion is hereby reset to **December 15, 2023, at 9:00 a.m. (prevailing Central Time)** (which hearing may be further reset or adjourned with the consent of the Court).

    2.    The Reorganized Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order.

3. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas

Dated: _____, 2023

                                        MARVIN ISGUR
                                        UNITED STATES BANKRUPTCY JUDGE

**STIPULATED AND AGREED TO THIS 8TH DAY OF NOVEMBER, 2023:**

*/s/ Vienna F. Anaya*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Rebecca Blake Chaikin (S.D. Bar No. 3394311) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Vienna Anaya  (TX Bar No. 24091225) | Ciara Foster (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, TX 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
|          rchaikin@jw.com |           ciara.foster@kirkland.com |
|          vanaya@jw.com | |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |

*/s/ Alberto F. Gomez, Jr.*

**JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP**
Alberto F. Gomez, Jr. (FBN: 784486)
401 E. Jackson Street
Suite 3100
Tampa, FL 33602
Telephone: (813) 225-2500
Facsimile: (813) 223-7118
Email: AL@JPfirm.com

*Attorneys for Movant, Jon Jestus*

38049205v.2 162879/00001