IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LOIS BUSINESS DEVELOPMENT ) | |
| CORPORATION,[1] ) | Case No. 22-90267 (MI) |
| ) | |
| Reorganized Debtor. ) | (Formerly Jointly Administered Under Lead Case |
| ) | Cineworld Group plc, Case No. 22-90168) |

**ORDER SUSTAINING CINEWORLD LITIGATION TRUST'S
SIXTEENTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE SEEKING
TO DISALLOW CERTAIN CLAIMS (PAID/SATISFIED CLAIMS)**

[Relates to Docket No. ____]

Upon the *Cineworld Litigation Trust's Sixteenth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Paid/Satisfied Claims)* (the "Objection")[2] filed by the Cineworld Litigation Trust (the "Trust") formed pursuant to the confirmed Plan of the above-captioned debtors (collectively, the "Debtors"), seeking entry of an order (this "Order") disallowing each claim identified on **Schedule 1** attached hereto (collectively, the "Satisfied Claims") for the reasons set forth in the "Basis for Objection" column; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and

---

[1] The location of Reorganized Debtor Lois Business Development Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

LA:4894-4622-3529.5 14220.004

1409; and this Court having found that the Trust's notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Objection; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each of the Satisfied Claims identified on **Schedule 1** to this Order is disallowed in its entirety as set forth in the "Basis for Objection" column of **Schedule 1**.

2. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Each claim and the objections by the Trust to each claim identified in **Schedule 1** constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Satisfied Claim.

4. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Objection or any order granting the relief requested by the Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Trust's rights under the Bankruptcy Code or any other applicable law.

5. The Trust, the Debtors, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6. This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____

                                              _____
                                              MARVIN ISGUR
                                              UNITED STATES BANKRUPTCY JUDGE

# Schedule 1

LA:4894-4622-3529.5 14220.004

| # | Name and address of claimant | Claim / Schedule to be Disallowed | Debtor | Unsecured Claim Amount | Basis for Objection | Total Cure Payment(s) per 5th Amended Plan Supplement (Docket # 2065) | Payment(s) | Date of Payment(s) | Check / Payment Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ADW Architects PA | 5601790 | Regal Cinemas, Inc. | $113,060.00 | Paid & Satisfied | $113,060.38 | $88,218.20 | 8/8/2023 | 2212859 |
|   | 2815 COLISEUM CENTRE DR STE 500 |   |   |   |   |   | $24,842.18 | 8/8/2023 | 2212843 |
|   | CHARLOTTE, NC 28217 |   |   |   |   |   | $113,060.38 |   |   |
| 2 | Alsco, Inc | 289 | Cineworld Group plc | $1,546.70 | Paid & Satisfied | $6,306.13 | $6,306.13 | 8/8/2023 | 2212843, 2212841 |
|   | 2300 N Commerce St | 603 | Cineworld Group plc | $5,361.56 |   |   |   |   |   |
|   | North Las Vegas, NV 89030 | 600 | Cineworld Group plc | $5,361.56 |   |   |   |   |   |
| 3 | Amazon Web Services, Inc | 2138 | Cineworld Cinemas Limited | $93,935.34 | Paid & Satisfied | $52,739.50 | $52,739.50 | 8/8/2023 | 2212869 |
|   | PO BOX 84023 | 2363 | Regal Cinemas, Inc. | $93,935.34 |   |   |   |   |   |
|   | SEATTLE, WA 98124 |   |   |   |   |   |   |   |   |
| 4 | Charter Communications Holdings, LLC | 5601900 | Regal Cinemas, Inc. | $2,020.00 | Paid & Satisfied | $927.46 | $927.46 | 8/8/2023 | 2212864 |
|   | PO BOX 7186 |   |   |   |   |   |   |   |   |
|   | PASADENA, CA 91109 |   |   |   |   |   |   |   |   |
| 5 | Cirrus Software (UK) Limited | 1336 | Regal Cinemas, Inc. | $7,518.79 | Paid & Satisfied | $7,518.79 | $7,518.79 | 8/8/2023 | Wire |
|   | Jubilee House, Third Avenue |   |   |   |   |   |   |   |   |
|   | Marlow, Buckinghamshire UK SL7 1EY |   |   |   |   |   |   |   |   |
| 6 | DPOrganizer AB | 5600335 | Cineworld Cinemas Limited | $2,875.00 | Paid & Satisfied | $2,982.52 | $2,982.52 | 8/3/2023 | CHAPS_EUR |
|   | Grev Turegatan 3, 6tr |   |   |   |   |   |   |   |   |
|   | Stockholm, Sweden 11446 |   |   |   |   |   |   |   |   |
| 7 | Flight Centre (UK) Ltd T/A Corporate Traveller | 5600270 | Cineworld Cinemas Limited | $21,046.00 | Paid & Satisfied | $44,501.33 | $44,501.33 | 8/3/2023 | P00063868, P0002461 |
|   | LEVEL 6, CI TOWER ST GEORGES SQUARE |   |   |   |   |   |   |   |   |
|   | NEW MALDEN, UK KT3 4TE |   |   |   |   |   |   |   |   |
| 8 | Frontier Communications Northwest, Inc. | 5601907 | Regal Cinemas, Inc. | $2,068.00 | Paid & Satisfied | $2,507.79 | $2,507.79 | 8/8/2023 | 2212854, 2212865 |
|   | PO BOX 740416 |   |   |   |   |   |   |   |   |
|   | CINCINNATI, OH 45274 |   |   |   |   |   |   |   |   |

| | Name and address of claimant | Claim / Schedule to be Disallowed | Debtor | Unsecured Claim Amount | Basis for Objection | Total Cure Payment(s) per 5th Amended Plan Supplement (Docket # 2065) | Payment(s) | Date of Payment(s) | Check / Payment Type |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Google LLC<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103 | 1305 | Regal Entertainment Group | $49,901.04 | Paid & Satisfied | $88,315.07 | $88,315.07 | 9/12/2023 | 2214917 |
| 10 | Granite Telecommunications, LLC<br>CLIENT ID 311 PO BOX 983119<br>BOSTON, MA 02298-3199 | 5600347 | Regal Cinemas, Inc. | $77,937.00 | Paid & Satisfied | $31,689.85 | $31,689.85 | 8/8/2023 | 2212839 |
| 11 | Graybar Financial Services<br>PO BOX 5066<br>HARTFORD, CT 06115 | 5602094 | Regal Cinemas, Inc. | $2,185.00 | Paid & Satisfied | $0.00 | $0.00 | | |
| 12 | Interactive Services<br>Damastown Technology Park, Mulhuddart<br>Dublin, Ireland D15 Y46P | 5601930 | Regal Cinemas, Inc. | $4,726.00 | Paid & Satisfied | $4,726.03 | $4,726.03 | 8/8/2023 | Wire |
| 13 | Major Theatre Equipment Corp<br>101 HOLMES STREET<br>QUINCY, MA 02171 | 5600985 | Regal Cinemas, Inc. | $244,651.00 | Paid & Satisfied | $68,301.00 | $35,250.00<br>$33,051.00<br>**$68,301.00** | 9/5/2023<br>9/5/2023 | 2214588<br>2214588 |
| 14 | Manley Solutions, Inc<br>155 BARTRAM MARKET DRIVE, SUITE 135 BOX 138<br>SAINT JOHNS, FL 32259 | 5602239 | Regal Cinemas, Inc. | $42,186.00 | Paid & Satisfied | $0.00 | $0.00 | | |
| 15 | Motion Picture Exhibitors of Washington, Alaska & Oregon<br>P.O. BOX 3134<br>KIRKLAND, WA 98083 | 5600392 | Regal Cinemas, Inc. | $5,500.00 | Paid & Satisfied | $0.00 | $0.00 | | |
| 16 | Namesco LTD<br>Action House, Perdiswell Park<br>Worcester, UK WR3 7GD | 798 | Cineworld Group plc | $120.99 | Paid & Satisfied | $1,289.88 | $1,289.88 | 8/3/2023 | CHAPS |

| | Name and address of claimant | Claim / Schedule to be Disallowed | Debtor | Unsecured Claim Amount | Basis for Objection | Total Cure Payment(s) per 5th Amended Plan Supplement (Docket # 2065) | Payment(s) | Date of Payment(s) | Check / Payment Type |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Northstar Electrical Services & Construction<br>941 CHURCH STREET<br>BOHEMIA, NY 11716 | 5602010 | Regal Cinemas, Inc. | $16,241.00 | Paid & Satisfied | $0.00 | $0.00 | | |
| 18 | PPHU "Ekran" Maciej Lesniak<br>UL. PILSUDSKIEGO<br>Stary Sacz, Poland 33-340 | 5602033 | Regal Cinemas, Inc. | $14,522.00 | Paid & Satisfied | $14,417.00 | $14,417.00 | 8/8/2023 | Wire |
| 19 | Pricewaterhouse Coopers Llp<br>P.O. BOX 75647<br>CHICAGO, IL 60675 | 5600901 | Regal Cinemas, Inc. | $30,000.00 | Paid & Satisfied | $0.00 | $0.00 | | |
| 20 | RealD, Inc.<br>600 Travis St., Suite 2800<br>Houston, TX 77002 | 2364 | Regal Cinemas, Inc. | $1,917,751.62 | Paid & Satisfied | $1,976,385.57 | $1,976,385.57 | 8/23/2023 | 2213624 |
| 21 | Schindler Elevator Corporation<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102 | 2232 | Regal Cinemas, Inc. | $704,927.68 | Paid & Satisfied | $598,353.02 | $598,353.02 | 9/5/2023 | 2214589 |
| 22 | Stored Value Solutions<br>3802 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0038 | 5601068 | Regal Cinemas, Inc. | $5,021.00 | Paid & Satisfied | $0.00 | $0.00 | | |
| 23 | SUNDANCE INSTITUTE<br>5900 WILSHIRE BLVD<br>LOS ANGELES, CA 90036 | 5602365 | Picturehouse Cinemas Limited | $112,955.00 | Paid & Satisfied | $0.00 | $0.00 | | |
| 24 | Terminix International<br>PO Box 1000, Dept. 916<br>Memphis, TN 38148 | 2555 | Cineworld Group plc | $174,303.16 | Paid & Satisfied | $174,155.93 | $174,155.93 | 8/8/2023 | 2212845 |

16th Omnibus Objection - Paid & Satisfied - Contract Assumption     Case 22-90267   Document 248-1   Filed in TXSB on 03/06/24   Page 8 of 8     In re: LOIS BUSINESS DEVELOPMENT CORPORATION

Case No. 22-90267 (MI) (Formerly Jointly Administered Under Lead Case Cineworld Group plc, Case No. 22-90168)

| | Name and address of claimant | Claim / Schedule to be Disallowed | Debtor | Unsecured Claim Amount | Basis for Objection | Total Cure Payment(s) per 5th Amended Plan Supplement (Docket # 2065) | Payment(s) | Date of Payment(s) | Check / Payment Type |
|---|---|---|---|---|---|---|---|---|---|
| 25 | TikTok Inc.<br>5800 Bristol Pkwy. Suite 100<br>Culver City, CA 90230 | 538 | Regal Entertainment Group | $45,379.39 | Paid & Satisfied | $45,379.39 | $45,379.39 | 8/8/2023 | 2212870 |
| 26 | Transaction Network Services (UK) Limited<br>2 KING EDWARD STREET<br>LONDON, UK EC1A 1HQ | 5602344 | Picturehouse Cinemas Limited | $234.00 | Paid & Satisfied | $0.00 | $0.00 | | |
| 27 | True Partners Consulting Llc<br>DEPT 6134 350 N ORLEANS ST STE 800<br>CHICAGO, IL 60654-1529 | 5600888 | Regal Cinemas, Inc. | $7,551.00 | Paid & Satisfied | $0.00 | $0.00 | | |
| 28 | Universal Property Services<br>1202 EXPRESSWAY DRIVE SOUTH<br>TOLEDO, OH 43608 | 5600745 | Regal Cinemas, Inc. | $24,315.00 | Paid & Satisfied | $0.00 | $0.00 | | |
| 29 | Vista Entertainment Solutions (Usa) Inc<br>335 NORTH MAPLE DR SUITE 150<br>BEVERLY HILLS, CA 90210 | 5601124 | Regal Cinemas, Inc. | $1,036,801.00 | Paid & Satisfied | $32,000.00 | $32,000.00 | 10/6/2023 | Wired |
| 30 | Waste Harmonics, LLC<br>110 N. Wacker Dr.<br>Chicago, IL 60606 | 2272 | Regal Cinemas, Inc. | $1,527,122.83 | Paid & Satisfied | $1,518,463.66 | $1,518,463.66 | 8/8/2023 | 2212857 |
| 31 | Webscale Networks, Inc.<br>5201 Great America Parkway<br>Santa Clara, CA 95054 | 2511 | Regal Cinemas, Inc. | $7,584.99 | Paid & Satisfied | $7,584.99 | $7,584.99 | 8/8/2023 | 2212860 |
| | **Totals** | **Count: 34** | | **$6,400,644.99** | | | | | |