# United States Bankruptcy Court for the Southern District of Texas

**Fill in this information to identify the debtor**

Select a Debtor

# Claim Withdrawal Form

### Part 1: Identify the Claim

**Creditor Name and Address:**

Name: Kathleen Murray
Address: 5861 Rivers Ave.
City: N. Charleston   State: SC   Zip Code: 29406

Contact Phone: 843.725.4269
Contact Email: mstratos@joyelawfirm.com

**Claim Number (if known):** 1642

**Date Claim Filed:** January 12, 2023 (mm/dd/yyyy)

**Total Amount of Claim Filed:** $ $500,000.00

### Part 2: Sign Below

The person completing this form must sign and date it.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date: 08/15/2024 (mm/dd/yyyy)

Signature: *[signed]*

Print Name: Milton Stratos II

Title (if applicable): Attorney

## DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.
**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.
**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

Completed claim withdrawal forms can be sent to the following address:

Cineworld Group plc Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Or by email to:

cineworldinfo@ra.kroll.com