United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 06, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| LOIS BUSINESS DEVELOPMENT | § | |
| CORPORATION,[1] | § | Case No. 22-90267 (MI) |
| | § | |
| Reorganized Debtor. | § | (Formerly Jointly Administered Under Lead Case |
| | § | Cineworld Group plc, Case No. 22-90168) |

## STIPULATION AND AGREED ORDER
## ADJOURNING JANUARY 7, 2025 HEARING

The Cineworld Litigation Trust (the "**Trust**"), formed pursuant to the confirmed Plan[2] of the above-captioned debtor and its debtor affiliates, and Financial Recovery Services, Inc. d/b/a Financial Recovery Strategies ("**FRS**" and, together with the Trust, the "**Parties**"), hereby enter into this stipulation and agreed order (this "**Stipulation and Agreed Order**"), by and through their respective undersigned counsel, and hereby stipulate and agree as follows:

**WHEREAS**, on November 14, 2024, this Court entered that certain *Order* [ECF No. 626, Case No. 22-90267] (the "**Order**");

**WHEREAS**, pursuant to the Order, this Court ordered, among other things, that the "Cineworld Litigation Trust is awarded reasonable and necessary attorneys' fees and costs to be determined at a hearing on January 7, 2025 at 1:30 p.m."[3] (such hearing, the "**Fee Hearing**"); and

**WHEREAS**, the Parties have agreed to adjourn the Fee Hearing.

---

[1]  The location of Reorganized Debtor Lois Business Development Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

[2]  *Third Amended Joint Chapter 11 Plan of Reorganization of Cineworld Group plc and Its Debtor Subsidiaries*, dated June 26, 2023 [ECF No. 1982, Exh. A, Case No. 22-90168] (collectively, with all supplements thereto, the "**Plan**").

[3]  Order at ¶ 5.

**NOW**, **THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, AND UPON APPROVAL BY THE COURT, IT IS ORDERED THAT**:

1.      The above recitals are incorporated herein with the same force and effect as if fully set forth hereinafter.

2.      The Fee Hearing is hereby adjourned to **January 23, 2025 at 1:30 p.m. (Prevailing Central Time)**.

3.      The undersigned represent that they have full authority to execute this Stipulation and Agreed Order on behalf of the respective Parties for whom they have signed.

4.      This Stipulation and Agreed Order shall not be modified, altered, amended, supplemented, or vacated except (i) by written consent of all Parties hereto or (ii) upon further order of this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

**IT IS SO ORDERED**.

Signed: January 06, 2025

Marvin Isgur
United States Bankruptcy Judge

**AGREED AS TO FORM AND CONTENT**:

/s/ Theodore S. Heckel
PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:  rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        scho@pszjlaw.com

-and-

Maxim B. Litvak (TX Bar No. 24002482)
Theodore S. Heckel (TX Bar No. 24133488)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
Email:  mlitvak@pszjlaw.com
        theckel@pszjlaw.com

*Counsel to the Cineworld Litigation Trust*

/s/ Michael S. Etkin
LOWENSTEIN SANDLER LLP
Michael S. Etkin (admitted *pro hac vice*)
Nicole M. Fulfree
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone:  (973) 597-2500
Email:  metkin@lowenstein.com
        nfulfree@lowenstein.com

*Counsel to Financial Recovery Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 3, 2025, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Theodore S. Heckel*
Theodore S. Heckel